AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Alicia M. Freind)        17-062

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America <br> v. <br> Solomon Navo <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )   Case No.   17-797-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 12, 2017   in the county of   Philadelphia   in the   Eastern   District of   Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Prostitution |

This criminal complaint is based on these facts:
See Attached Affidavit incorporated herein by reference as if set forth fully herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Bronisz, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   June 13, 2017

*Judge's signature*

City and state:   Philadelphia, PA     Carol Sandra Moore Wells, U.S. Magistrate Judge
*Printed name and title*

I, Michael Bronisz, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed over seven years. I am currently assigned to the Philadelphia Field Office, in particular to a squad responsible for investigating crimes committed against children, including but not limited to the sex trafficking of minors, in violation of Title 18, United States Code, Section 1591(a)(1). In the course of my duties, I have previously participated in the execution of numerous search warrants for documents and other evidence of federal offenses, including warrants authorizing the search of cellular phones and other electronic devices. Because I am a government agent engaged in enforcing the criminal laws, and am authorized by the Attorney General to request a search warrant, I am a "federal law enforcement officer" as defined by Fed. R. Crim. P. 41(a)(2)(C).

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging SOLOMON NAVO a/k/a "LIFE" with violations of Title 18, United States Code, 2422(b) (coercion of prostitution).

3. The information contained in this affidavit includes both information learned personally by me, as well as information provided to me by other witnesses and law enforcement officers in the course of the investigation. Because this affidavit is intended solely to demonstrate probable cause justifying the application for a criminal complaint and arrest warrant, the affidavit does not include all of the information known to me or to other law enforcement officers regarding the investigation.

## PROBABLE CAUSE

4. The FBI is investigating a child sex trafficking organization believed to be led by SOLOMON NAVO a/k/a "LIFE." On June 02, 2017, an advertisement was posted on Backpage.com under the section "Philadelphia roommates" with the title "$350, 1br, Need help single women only.., Female Only." The advertisement included the following statement, " I need a girl to make money from out my house something like a [sic] escort." The associated telephone number utilized to respond to the advertisement is 267-684-8629 and the corresponding email address for the individual that posted the ad is navosoloman39@gmail.com.

5. Backpage.com is an online marketplace that is known to law enforcement to be commonly used by sex traffickers to both recruit prostitutes and to advertise for the sale of prostitutes to customers.

6. Your affiant investigated whether telephone number 267-684-8629 had any other association with Backpage.com. Records from Backpage.com reveal the number 267-684-8629 has posted multiple advertisements soliciting customers for sexual acts via prostitution. These advertisements profiled various females. All of these advertisements were posted using the email address navosolomon39@gmail.com in addition to the 267-684-8629 number.

7. Further investigation confirmed that one of the females depicted in these ads was a minor female, who was 16 years of age in the photographs that were posted online. These advertisements were posted between March and May of 2016. Some of the images of this minor female included lewd and lascivious depictions.

8. On June 09, 2017, a confidential informant (hereinafter known as "CI") contacted NAVO regarding his June 2, 2017 advertisement. NAVO and the CI exchanged text messages discussing the arrangement of sex acts for money. After the CI informed NAVO that she was 17

years of age, NAVO acknowledged her age by stating, "17 that's young when is you birthday," "I'm sorry you to [sic] young," and "I can't do that to you only 17 sorry." Minutes later, however, NAVO texted "Call me," and "Just call me ok we have to talk." When the CI responded that she makes "real good money," NAVO again insisted "Ok call me ok" and "you have to call me."

        9.      When the CI asks about details of the fee arrangement, including "so is their [sic] a split of any kind and how much is rent," NAVO again states "we can talk all about the on the phone or when you get here." Based on my training and experience, I am aware that criminals often refuse to reduce their scheme to writing, but rather will only discuss details in person or via telephone.

        10.     On June 10, 2017, NAVO stated via text, "If you need in calls for the day you come make some money I can use it." Based on your affiant's training and experience, I am aware that "in calls" refer to an arranged meet where the customer will come to the location of the prostitute for the sale of a sex act. An "out call" refers to when a prostitute travels to a customer for the sale of a sex act.

        11.     On June 11, 2017, NAVO and the CI began discussing arrangements on the telephone, which was recorded by law enforcement. Regarding the fee arrangement that NAVO refused to discuss in text, NAVO stated they would do a "percentage split" of the profits, but did not specify the numerical split. The CI asked if she needed to buy her own supplies, including condoms, to which NAVO replied: "I'll help you out with everything, I got your back all the way." NAVO explained that his house is located at 55th Street and Willows Avenue, Philadelphia, Pennsylvania. NAVO told the CI that he had "done this before," referring to fact that he had utilized his house before for the purposes of prostitution.

12. During the same recorded call, the CI asked how much money she needed to pay to move in and NAVO replied, "You don't have to give me nothing up front, I just need you to work, that's it." NAVO again identified that the CI was a minor by stating, "You young too, you 17 you about to go 18."

13. On June 12, 2017, NAVO and the CI arranged for NAVO to pick the CI up at her hotel, Microtel Inn, 8840 Tinicum Boulevard, Philadelphia, Pennsylvania for the purpose of bringing her to his house to work as a prostitute. NAVO arrived at the location at 7:55 PM where he was arrested without incident. NAVO was immediately transported to the FBI Philadelphia Headquarters, 600 Arch Street, Philadelphia, Pennsylvania for processing.

14. NAVO was read his Miranda rights, waived those rights and was subsequently interviewed. During the interview, NAVO admitted that he has a history of profiting from females selling sexual acts for money. NAVO admitted that females named "CHOCOLATE", "MARIA" and "SNOW BUNNY" used to work for him by engaging in sexual acts with customers for money. NAVO admitted to having a working knowledge of Backpage.com and stated that he has utilized the site in attempt to recruit other females in the capacity of sex trade workers. NAVO confirmed that his telephone number is 267-684-8629 and his email address is navosolomon39@gmail.com.

## CONCLUSION

Based upon the foregoing information, your affiant submits that probable cause exists to that on June 12, 2017, SOLOMON NAVO knowingly attempting to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense in violation of Title 18, United States Code, Section 2422(b).

Michael Bronisz
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me this
13th day of June, 2017.

HONORABLE CAROL SANDRA MOORE WELLS
United States Magistrate Judge